IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ACCESS 4 ALL, INC., a Florida not for profit corporation, and JOE HOUSTON, Individually,<br>        Plaintiffs,<br>v.<br>SUNSET CENTRES OF FLORIDA LIMITED PARTNERSHIP, a Florida Limited Partnership, and WBF MANAGEMENT, LLC, a Florida Limited Liability Company,<br>        Defendants.<br>_____/ | )<br>)<br>)<br>)<br>) Case No. 9:11-cv-80515-DMM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiffs, ACCESS 4 ALL, INC. and JOE HOUSTON, by and through undersigned counsel, hereby voluntarily dismisses without prejudice all actions against Defendant SUNSET CENTRES OF FLORIDA LIMITED PARTNERSHIP in the above styled case.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this July 28, 2011.

                                              Respectfully submitted,

                                              Attorney for Plaintiff:

                                              /s/ Harry Winderman
                                              Harry Winderman, Esq.
                                              Of Counsel to Thomas B. Bacon, PA
                                              One Boca Place, Suite 218A
                                              2255 Glades Road
                                              Boca Raton, FL 33431
                                              (561) 241-0332 Telephone
                                              (561) 241-5266 Facsimile
                                              Harry4334@hotmail.com