UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-80515-CIV-MIDDLEBROOKS/JOHNSON

ACCESS 4 ALL, INC., a Florida not for
profit corporation, and JOE HOUSTON,
individually,

    Plaintiffs,

v.

SUNSET CENTRES OF FLORIDA
LIMITED PARTNERSHIP, a Florida
Limited Partnership and WBF MANAGEMENT,
LLC, a Florida Limited Liability Company,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice (DE 21). The Court having been advised that all claims and causes of action between or among the parties have been amicably resolved, it is hereby,

ORDERED AND ADJUDGED that the above-captioned case is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed by the parties. All pending motions are denied as moot. The Clerk shall CLOSE THIS CASE.

DONE AND ORDERED at Chambers in West Palm Beach this 26 day of October, 2011.

                                             DONALD M. MIDDLEBROOKS
                                             UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record